570 A.2d 965

KATHLEEN CROSBY, ETC., ET AL. v.
CITY OF LINDEN, ET AL.

October 31, 1989.

Petition for certification denied.

570 A.2d 966

STATE OF NEW JERSEY v. LEROY HOWARD.

October 31, 1989.

Petition for certification denied. (See 235 *N.J.Super.* 243, 561 *A*.2d 1202)

570 A.2d 966

STATE OF NEW JERSEY v. CHARLES BRYANT.

October 31, 1989.

Petition for certification denied.

570 A.2d 966

STATE OF NEW JERSEY v. HERBERT LESLIE O'BRIEN.

October 31, 1989.

Petition for certification denied.